```
              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF GEORGIA
                        NEWNAN DIVISION
```

```
MARKESE L. BAZEMORE,            *
                                *
     Plaintiff,                 *
                                *
v.                              *    CIVIL ACTION NO.
                                *    3:21-cv-00150-TCB-RGV
M+A MATTING, LLC,               *
                                *
     Defendant.                 *
```

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Come now the Plaintiff and the Defendant in the above-styled action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Local Rule 41.1 of the Local Rules for the Northern District of Georgia, and file this stipulation of voluntary dismissal with prejudice of all claims.  All parties shall bear their own costs and attorneys' fees.

Respectfully submitted this <u>18th</u> day of April 2022.

| | |
|---|---|
| */s/ K. Prabhaker Reddy* | */s/ Eric M. Schultz* |
| K. Prabhaker Reddy | Eric M. Schultz |
| GA Bar No. 597320 | Georgia Bar No. 452742 |
| The Reddy Law Firm, P.C. | LITTLER MENDELSON, P.C. |
| 1325 Satellite Boulevard | 3424 Peachtree Road N.E. |
| Suite 1506 | Suite 1200 |
| Suwanee, GA 30024 | Atlanta, GA 30326.4803 |
| Telephone:  678.629.3246 | Telephone:  404.233.0330 |
| Email:  kpr@reddylaw.net | Email:  eschultz@littler.com |

Attorney for Plaintiff

and

*/s/ Jay D. St. Clair*

Jay D. St. Clair (*Admitted Pro Hac Vice*)
Alabama Bar No. 4989-C64J
LITTLER MENDELSON, P.C.
420 20th Street North
Suite 2300
Birmingham, AL  35203-3204
Telephone:  205.421.4777
Email:  jstclair@littler.com

Attorneys for Defendant M+A Matting, LLC